IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 05-cv-864-AP

ANTHONY MILLER,

    Plaintiff,

v.

JO ANNE B. BARNHART,

    Defendant.

---

## JOINT CASE MANAGEMENT PLAN FOR SOCIAL SECURITY CASES

---

### 1. APPEARANCES OF COUNSEL AND *PRO SE* PARTIES

<u>For Plaintiff</u>:
Alan M. Agee, Esq
Alan M. Agee, P.C.

512 S. 8th Street
Colorado Springs, CO 80905
(719) 473-1515

(719)473-2880 (Facsimile)
Ageealanmpc@qwest.net

<u>For Defendant</u>:
Michele M. Kelley
Special Assistant United States Attorney

*Mailing Address:*
1961 Stout Street, Suite 1001A

Denver, Colorado  80294
*(*303) 844-0812
(303) 844-0770 (Facsimile)

Michele.kelley@ssa.gov
*Street Address:*

1225 Seventeenth Street, Suite 700
Denver, Colorado 80202

**2. STATEMENT OF LEGAL BASIS FOR SUBJECT MATTER JURISDICTION**

The Court has jurisdiction based on section 205(g) of the Social Security Act, 42 U.S.C. 405(g).

**3. DATES OF FILING OF RELEVANT PLEADINGS**

    A.    **Date Complaint Was Filed:** May 11, 2005

    B.    **Date Complaint Was Served on U.S. Attorney's Office:** May 27, 2005

    C.    **Date Answer and Administrative Record Were Filed:** July 27, 2005

**4.    STATEMENT REGARDING THE ADEQUACY OF THE RECORD**

The parties state that the record is complete and accurate.

**5.    STATEMENT REGARDING ADDITIONAL EVIDENCE**

The parties intend to submit no additional evidence.

**6. STATEMENT REGARDING WHETHER THIS CASE RAISES UNUSUAL CLAIMS OR DEFENSES**

The parties state that this case involves no unusually complicated or out-of-the-ordinary claims.

**7. OTHER MATTERS**

The parties bring no other matters to the Court's attention.

**8. PROPOSED BRIEFING SCHEDULE**

    A.    **Plaintiff's Opening Brief Due:** September 19, 2005

    B.    **Defendant's Response Brief Due:** October 19, 2005

    **C.**    **Plaintiff's Reply Brief (If Any) Due:** November 3, 2005

## 9. STATEMENTS REGARDING ORAL ARGUMENT

    **A.**    **Plaintiff's Statement:** Plaintiff is homeless and requests oral argument.

    **B.**    **Defendant's Statement:** Defendant does not request oral argument.

## 10. CONSENT TO EXERCISE OF JURISDICTION BY MAGISTRATE JUDGE

*Indicate below the parties' consent choice.*

    **A.**    **( x ) All parties have consented to the exercise of jurisdiction of a United States Magistrate Judge.**

    **B.**    **(  ) All parties have not consented to the exercise of jurisdiction of a United States Magistrate Judge.**

## 11. OTHER MATTERS

THE PARTIES FILING MOTIONS FOR EXTENSION OF TIME OR CONTINUANCES MUST COMPLY WITH D.C.COLO.LCivR 7.1(C) BY SUBMITTING PROOF THAT A COPY OF THE MOTION HAS BEEN SERVED UPON THE <u>MOVING ATTORNEY'S CLIENT</u>, ALL ATTORNEYS OF RECORD, AND ALL PRO SE PARTIES.

## 12. AMENDMENTS TO JOINT CASE MANAGEMENT PLAN

*The parties agree that the Joint Case Management Plan may be altered or amended only upon a showing of <u>good cause</u>.*

    DATED this 12th day of August, 2005.

                                                      BY THE COURT:

                                                    **S/John L. Kane**
                                                    U.S. DISTRICT COURT JUDGE

APPROVED:

| | |
|---|---|
| | WILLIAM J. LEONE<br>United States Attorney<br><br>s/ Kurt J. Bohn |
| s/ Alan M. Agee<br>ALAN M. AGEE, ESQ.<br>512 S. 8th Street<br>Colorado Springs, CO 80905<br>Telephone: (719) 473-1515<br>Facsimile: (719)473-2880<br>Ageealanmpc@qwest.net<br><br>Attorney for Plaintiff | KURT J. BOHN<br>Assistant United States Attorney<br>1225 Seventeenth Street, Suite 700<br>Drawer 3608<br>Denver, CO  80202<br>Telephone: (303) 454-0100<br><br>s/ Michele M. Kelley<br>MICHELE M. KELLEY<br>Special Assistant United States Attorney<br><br>*Mailing Address:*<br>1961 Stout St., Suite 1001A<br>Denver, Colorado  80294<br>Telephone: (303) 844-0812<br>Facsimile: (303) 844-0770<br>michele.kelley@ssa.gov<br><br>Attorneys for Defendant |