IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Civil Action No.   **05-cv-864-AP**

**ANTHONY MILLER,**

        Plaintiff,

v.

**JO ANNE B. BARNHART, Commissioner of Social Security,**

        Defendant.

## ORDER

Kane, J.

This matter is before the Court on Defendant's Unopposed Motion to Remand (doc. #15), filed November 4, 2005. This Court has reviewed the file and considered the motion. It is hereby

**ORDERED** that the motion is **GRANTED**. This civil action is remanded to Defendant for additional administrative proceedings pursuant to sentence four of 42 U.S.C. § 405(g).

Dated:  November 4, 2005

                              BY THE COURT:

                              S/**John L. Kane**
                              SENIOR JUDGE,
                              UNITED STATES DISTRICT COURT